March 24th, 2025

Jeffrey Simpson

1055 Park Avenue, 4

New York, NY 10028

**EMERGENCY AND URGENT, SEE BELOW**

Attn NYS Court:

I advised this Court that all 3 actions in front of Judge Joel Cohen have been removed to the Federal Court SDNY as of 3.18.25

I was faced with more harassment but seemingly more attempts to attack me by the various lawyers on behalf of Chassen and Oak.

Then the Honorable Judge Joel Cohen acknowledges the removal but solicits further attacks on me via his letter on Friday, 3.20.25. Of course 5 lawyers attack further because it is a huge fight when folks have tried to essentially push me off into oblivion so that their malicious and vicious attacks against me can put the final nail in the coffin.

This morning, 3.24.25 I was working at 1640 Motors (as I was yesterday as well, yes on Sunday), 90 miles away from my family. My office manager colleague told me that there was someone in the office of the auto shop to see me at approximately 11 am, he mentioned Court notice. I assumed it was a process server. I walked in to see that Mr. Eric Huebscher was in the area where only office employees are allowed and he was digging through the files!

He made no appointment, decided to just "dig in" without notice. He refused to leave, I got very upset, as that's what humans do when people attack them (constantly here). I called Southampton Police, they tried to have him leave, he appeared to resist and ultimately left. It is unclear if he took any documents out of my file folders.

Of course it was inappropriate for him to show up on my property, waiving his Court Order and refusing to stand down upon request. He has no grounds or jurisdiction to do anything, everyone here knows that. The first case has been assigned in SDNY via Removal and that is for the 654 action and it is 1:25-cv-02373. As soon as I have the PDF from PACER I will post it to this docket. The other two should be available tomorrow.

It is unconscionable that the appointed (without my consent or anything) Receiver, without my approval (manager member and sole owner of JJ Arch, given Chassen's full and final admission to attempting to steal the company on August 4th, 2023, under direct testimony in this Court), and a full Removal to SDNY can show up this way. He knows better, but for some reason, this Court thinks they can keep playing their game and continue to breach its authority.

I will not repeat myself on my position, the Removal notices are filed, they are clear as day with countless verifiable reasons.

This Court has NO JURISDICTION on these matters as of last Thursdsay, 3.18.25 (they Removed on filing). Until or unless these cases are Remanded, nothing that this Court does is applicable and it is simply going to be added to the case of my violation of my Civil Rights.

You are all put on notice, again.   My constitutional rights must be preserved, NYS does not have jurisdiction at this time.


Thank you and have a nice day.

Jeffrey Simpson