AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-02375 |
| ARCH REAL ESTATE HOLDINGS, LLC, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ARCH REAL ESTATE HOLDINGS, LLC                                                                                        .

Date:    04/18/2025

s/Jeremy M. King
*Attorney's signature*

Jeremy M. King/4103222
*Printed name and bar number*

Olshan Frome Wolosky LLP
1325 Ave. of the Americas
New York NY 10019
*Address*

jking@olshanlaw.com
*E-mail address*

(212) 451-2300
*Telephone number*

*FAX number*