| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 7/1/2025 |
| GREAT AMERICAN INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>            -against-<br><br>JEFFREY SIMPSON, OFFIT KURMAN, ARCH REAL ESTATE HOLDINGS, LLC, and JARED CHASSEN,<br><br>                Defendants. | 1:25-cv-2375-MKV<br><br>REMAND ORDER |

MARY KAY VYSKOCIL, United States District Judge:

Jeffrey Simpson, proceeding *pro se*, filed a notice of removal removing this interpleader action from the Supreme Court of the State of New York, County of New York [ECF 1 ("Notice of Removal")]. Interpleader Plaintiff Great American Insurance Company filed a motion to remand [ECF No. 9]. Interpleader Defendant Arch Real Estate Holdings, LLC ("Arch Real Estate Holdings") joins the motion to remand [ECF No. 10]. By statute, "all defendants who have been properly joined and served must join in or consent to the removal of the action." *Taylor v. Medtronic, Inc.*, 15 F.4th 148, 150 (2d Cir. 2021) (quoting 28 U.S.C. § 1446(b)(2)(A)); *see id.* at 151 (all "defendants must independently express their consent to removal") (internal quotation marks and citation omitted). Here, none of the other defendants has provided notice of consent to the removal, and Arch Real Estate Holdings opposes the removal [ECF Nos. 10, 22]. As such, the Court must remand this case. *See id.* at 153 (explaining that a federal court has no discretion where a party fails to meet the statutory requirements for removal). The Court therefore has no authority to address Mr. Simpson's requests for relief.

Accordingly, IT IS HEREBY ORDERED that this case is REMANDED to the Supreme Court of the State of New York, County of New York.

The Clerk of Court respectfully is requested to mail a copy of this Order to Mr. Simpson, terminate all pending motions, and remand and close this case.

**SO ORDERED.**

**Date: July 1, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**